## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DELORES WILLIAMS,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | NO. 12-1149 |
| | : | |
| **KERRY COLLINS, et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this   5th   day of December 2012, upon consideration of the Motions to Dismiss of Defendant Lowe's (Doc. No. 20) and Defendants Albertson, Collins, Soslow, and Wendorff (Doc. No. 9) (collectively, "the Motions to Dismiss"), Plaintiff's Responses thereto (Doc. Nos. 17 and 25), and Defendant Campbell's Motions for Joinder (Doc. Nos. 14 and 23), **IT IS HEREBY ORDERED** that:

1. Defendant Campbell's Motions for Joinder are **GRANTED**;

2. The Motions to Dismiss the Complaint are **DENIED** as to Plaintiff's claims for discriminatory discharge under 42 U.S.C. § 1981 against Defendants Collins, Soslow, and Lowe's contained in Count I; Plaintiff's claim for race-based discriminatory discharge under Title VII and the PHRA against Defendant Lowe's contained in Count II; and Plaintiff's claim for retaliation under Title VII and the PHRA against Defendant Lowe's contained in Count II;

3. The Motions to Dismiss the Complaint are **GRANTED** as to all other claims contained in the Complaint, with prejudice; and

4.  Defendants Wendorff, Albertson, and Campbell are **DISMISSED** as parties to

this action.

BY THE COURT:


*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.